# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-863-086**

Effective date of registration:

January 8, 2013

---

## Title

**Title of Work:** Dieleman Head Shot
**Nature of Work:** Photograph

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** December 16, 2005      **Nation of 1st Publication:** United States

## Author

- **Author:** Alexander's Photo
  **Author Created:** Photograph

  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No                                  **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** ARAG North America, Inc.

**Transfer Statement:** Copyright Assignment

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Brett J. Trout
**Date:** January 2, 2013

---

**Correspondence:** Yes

Exhibit 1

Page 1 of 1

**Registration #:**   VA0001863086
**Service Request #:**   1-891844883



Brett Trout
516 Walnut
Des Moines, IA 50309

Exhibit 1