# Brett J. Trout, P.C.

### Attorney at Law
516 Walnut
Des Moines, IA 50309
515-280-1939
515-280-7114 Fax

*Brett J. Trout*
*Registered Patent Attorney*
*(515) 288-9263 Direct No.*
*e-mail: trout@bretttrout.com*

*Sharon Janes*
*Legal Assistant*
*e-mail: sharon@bretttrout.com*

September 11, 2012

Shantal Rands Poovala
Agent Designated to Receive Notification
of Claimed Infringement
DMCA
Google, Inc.
1600 Ampitheatre Pkwy,
Mountain View, CA 94043

Re:     Infringing Photographs on sexyexecutives.blogspot.com

Dear Ms. Rands Poovala:

Our firm represents ARAG North America, Inc. We are writing to you to avail our client of its rights under the Digital Millennium Copyright Act ("DMCA"). This letter is a Notice of Infringement as authorized in Section 512(c) of the United States Copyright Law. We wish to report an instance of what we believe in good faith is a copyright infringement. The infringing material appears on the www.blogspot.com service, operated through Google's ISP service, for which you are the Designated Agent.

1.      The infringing material, which belongs to ARAG North America, Inc., includes a headshot of Ann Dielman.

2.      The material appears at the http://sexyexecs.blogspot.com website, specifically, at least at the following addresses:

http://sexyexecs.blogspot.com/2009/12/ann-dieleman-chief-marketing-and.html
http://sexyexecs.blogspot.com/search?updated-min=2009-01-01T00:00:00Z&updated-max=2010-01-01T00:00:00Z&max-results=50

Exhibit 2

Page 2
September 11, 2012

3.      Our contact information is as follows:
        Brett J. Trout
        516 Walnut
        Des Moines, IA  50309
        515-280-1939
        trout@BrettTrout.com

5.      We have a good faith belief that the use of the material that appears on the service is not authorized by the copyright owner, its agent, or by operation of law.

6.      The information in this notice is accurate, and I am authorized to act on behalf of the copyright owner.

7.      The undersigned declares under the perjury laws of the United States of America that to the best of his belief and knowledge, this notification is true and correct.

                                    Sincerely,

                                    Brett J. Trout

BJT/sj

Exhibit 2

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

**Exhibit 2**

7011 3500 0000 2812

Sent To:
Shantal Rands Poovala
Street, Apt. No.;
or PO Box No.
Agent to receive DMCA
Google, Inc.
City, State, ZIP+4
1600 Ampitheatre Pkwy

PS Form 3800, August 2006                    See Reverse for Instructions

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

Exhibit 2

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047