


# Sexy Executives

*Corporate photography.*

**HOME**   **POSTS RSS**

Monday, 7 December 2009

## Ann Dieleman, Chief Marketing and Business Development Officer, ARAG

Initially seems very lovely. Initially seems like you'd want to help her reorganise the stationery room on a very hot day. Then you start to imagine kissing her and OH GOD WHAT'S HAPPENED TO HER GUMS?



Sadly, Ann doesnt hold up to the sort of advanced, high levels of scrutiny people are subjected to these days. It's not us doing this, it's celebrity-obsessed media culture. Blame Heat magazine.

Distributed externally on: Monday, December 07, 2009

Exhibit 4

**SEXY EXECUTIVES**

The finest corporate photography - from their extranets, to you.

**SITTING NEXT TO:**

IDIOT TOYS
UK RESISTANCE

**RECENT MEMOS**

Dec 28 Emmalynn - reader submission trendy it management
*Respecting culture is a boost on your emotional intelligence. online-essay-writer.org You grow into...(more)*

Dec 21 iessays-writer.org - reader submission trendy it management
*Oh, these things matter as private human skin for me but there are those who do not hide.*

Dec 19 See no deposit online casino bonus at the onlinecasino777 web page - mr may 2011
*The post is totally fantastic. it is very nice piece of data. i prefer the way you written this...(more)*

Dec 13 Josi Bunder - reader submission karen driscoll vice
*Want to offer for you a user-friendly platform to businesses and individuals*

**TWITTER**

Read hot business Tweets

**COMPANY HISTORY**

▶ 2011 (6)
▶ 2010 (107)
▼ 2009 (137)
  ▼ December (15)
    John Thuestad, Vice President, Alcoa
    Richard J. Guiltinan, vice president of finance an...
    Norm Szydlowski, president and chief executive off...
    David P. Falck, Executive Vice President, General ...
    Dr Peter Collins, CEO, Dezineforce
    GDF SUEZ Subsidiary Appoints Robert A. ("Bob") Wil...
    DOUBLE TEAM: Ugo Cosentino, Vice President Operati...
    L. Gary Gionnette, President and Chief Executive O...
    EXECUTIVE OVERLOAD! EXECUTIVE OVERLOAD!
    Paul Lazar, Business Development Leader For the So...
    Jack M. Kriesel, Senior Vice President of Performa...
    John W. Frederick, CFO, Open Solutions
    Ann Dieleman, Chief Marketing and Business Develop...
    Chris Lauwers PhD, Chief Technology Officer, Avist...

**6 comments:**

**F. Zappa said...**

Baby take your teeth out.

8 December 2009 10:30

**F. Zappa said...**

WV: lansill. Cures Athletes Foot in Local Area Networks .

8 December 2009 10:32

**Anonymous said...**

Too bad that you are so jealous that some woman is more successful that you!!! Get a life!!!

7 June 2010 23:32

**Johah Blechman said...**

witness another high tooth/gum ratio ....

8 June 2010 09:33

**GigerPunk said...**

Anon - Not as jealous as we are of your grasp of the English language.

8 June 2010 10:42

**Anonymous said...**

Sorry GigerPunk AKA Stripper.... "than"

8 June 2010 23:48

to Post Free Ads.Post...(more)

Dec 09 sha mim - mr may 2011
This is the first blink I have seen your content and do like to notify you – it is if truth be told...(more)

**MISCELLANEOUS**



Robert L. Parker Jr., Executive Chairman, and Davi...

► November (20)
► October (19)
► September (20)
► August (17)
► July (22)
► June (19)
► March (1)
► February (3)
► January (1)

**DESK MATES**

Join this site
with Google Friend Connect
**Members (90)**  More »



Already a member? Sign in

## Post a Comment

Comment as: Select profile...

**Links to this post**

Create a Link

Newer Post     Home     Older Post

Exhibit 4